STATE OF IOWA, Appellee, v. H. A. A. EDMUND et al., Appellants.

**INDICTMENT AND INFORMATION:** Joinder of Defendants— Joint or Several Conviction—Practicing Medicine Without License. Two defendants may be joined in the same indictment, and in the same count thereof, for a violation of Sec. 2579, Code, 1897, rendering indictable the act of ''practicing medicine'', etc., without having obtained a prescribed certificate. Such form of indictment will support a verdict of guilt of both defendants severally, of both jointly, or of acquittal of one and conviction of the other.

*Appeal from Story District Court.*—HON. R. M. WRIGHT, Judge.

TUESDAY, OCTOBER 26, 1915.

THIS is a prosecution by indictment for violation of the Medical Practice Act (Code Secs. 2579, 2580). The defend-

ants were indicted jointly. There was a demurrer to the indictment on such ground. The demurrer was overruled, and judgment of conviction entered. The defendants have appealed.—*Affirmed.*

*Sol. L. Long* and *C. H. Pasley,* for appellants.

*F. E. Hansen,* for appellee.

EVANS, J.—The grounds of the demurrer were, in effect, that the defendants could not be jointly indicted as for a joint offense under the statute above referred to; that the nature of the offense thus defined is such that guilt must be individual, and not joint. We have had occasion to consider the precise question thus considered in the recent case of *State v. McAninch,* 172 Iowa 96. Our holding in that case is decisive of this. Following the cited case, the judgment below is accordingly affirmed.

INDICTMENT AND INFORMATION: joinder of defendants: joint or several conviction: practicing medicine without license.

The views of the writer on the question of law involved are expressed in the dissenting opinion in the cited case.—*Affirmed.*

DEEMER, C. J., LADD, PRESTON and SALINGER, JJ., concur.